1  RODENBAUGH LAW
   Michael L. Rodenbaugh
2  California Bar No. 179059
   Erin Dennis Vivion
3  California Bar No. 262599
   548 Market Street
4  San Francisco, CA   94104
   (415) 738-8087 phone/fax
5
   Attorneys for Plaintiffs
6  TRIMERGENCE, LLC,
   and WARD ASHMAN

7
8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

9  TRIMERGENCE, LLC, and WARD ASHMAN, | Case No. CV 11-4036 JCS
10
11 Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
12 v. | **(L.R. 6-2)**
13 J. CLINT ANDERSON COMPANY, | Current response date: September 12, 2011
14 Defendant. | New response date: October 12, 2011
15

16

17 1.    Plaintiff's Complaint, filed on August 17th 2011, and served on August 23, 2011, requires

18 Defendant to file an Answer within 20 days of being served.

19 2.    In consideration of settlement negotiations, both parties agree to an extension of time for

20 Defendant's Answer for an additional 30 days from when the Answer was initially due.  The

21 Defendant's Answer shall be due October 12, 2011.

22

23 3.    This extension in no way effects any other deadlines related to this matter.

24      Respectfully submitted,

25      Dated: September 14, 2011

26                                          RODENBAUGH LAW

27

28
                                    -1-
                              STIPULATED EXTENTION OF TIME TO ANSWER

By: ___Mike Rodenbaugh_____
Mike Rodenbaugh

Attorney for Plaintiffs
TRIMERGENCE, LLC,
and WARD ASHMAN

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 14, 2011, I caused the foregoing Stipulation to be filed via the CM/ECF system and served on opposing counsel via email per agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 14, 2011 in Los Gatos, California.

*/s/ Mike Rodenbaugh*
Mike Rodenbaugh

*UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9/15/2011
IT IS SO ORDERED
Judge Joseph C. Spero*

-2-