*RODENBAUGH LAW*
Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
548 Market Street
San Francisco, CA   94104
(415) 738-8087 phone/fax

Attorneys for Plaintiffs
TRIMERGENCE, LLC,
and WARD ASHMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRIMERGENCE, LLC, and WARD ASHMAN, | Case No. CV 11-4036 JCS |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | **(L.R. 6-2)** |
| J. CLINT ANDERSON COMPANY, | Current response date:  September 12, 2011 |
| Defendant. | New response date:  October 12, 2011 |

1.    Plaintiff's Complaint, filed on August 17th 2011, and served on August 23, 2011, requires Defendant to file an Answer within 20 days of being served.

2.    In consideration of settlement negotiations, both parties agree to an extension of time for Defendant's Answer for an additional 30 days from when the Answer was initially due.  The Defendant's Answer shall be due October 12, 2011.

3.    This extension in no way effects any other deadlines related to this matter.

Respectfully submitted,

Dated: September 14, 2011

RODENBAUGH LAW

-1-

STIPULATED EXTENTION OF TIME TO ANSWER

1

By: ___Mike Rodenbaugh_____
Mike Rodenbaugh

2

Attorney for Plaintiffs
TRIMERGENCE, LLC,
and WARD ASHMAN

3

4

5

## CERTIFICATE OF SERVICE

6

7

The undersigned hereby certifies that on September 14, 2011, I caused the foregoing

8

Stipulation to be filed via the CM/ECF system and served on opposing counsel via email per

9

agreement.

10

I declare under penalty of perjury under the laws of the United States that the foregoing is

11

true and correct and that this declaration was executed on September 14, 2011 in Los Gatos,

12

California.

13

14

*/s/ Mike Rodenbaugh*
Mike Rodenbaugh

15

16

17

18



UNITED STATES DISTRICT COURT

9/15/2011

IT IS SO ORDERED

Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS